UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLINT DAUGHTREY, individually and on behalf of all those similarly situated as defined herein,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Civil Action No. 1:23-cv-01031-RJJ-RSK<br><br>Hon. Robert J. Jonker<br><br>Mag. Judge Ray Kent<br><br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT WHIRLPOOL CORPORATION'S MOTION TO DISMISS

***Oral Argument Requested***

Defendant, Whirlpool Corporation ("Whirlpool"), moves to dismiss Plaintiff's Class Action Complaint (ECF No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6).[1] In support of its motion, Whirlpool relies on the accompanying brief.

Plaintiff's putative class action asserts five counts against Whirlpool: (1) Breach of the Implied Warranty of Merchantability, (2) Fraudulent Concealment, (3) Violations of the Michigan Consumer Protection Act ("MCPA"), (4) Unjust Enrichment, and (5) Declaratory and Injunctive Relief. These counts emanate from allegations that Whirlpool's SideKicks refrigerators contain defective evaporator coils that cause the appliances to leak refrigerant (the "Defect").

As an initial matter, Plaintiff fails to satisfy Rule 8. He fails to connect his own refrigerator to the Defect, and admits that he does not know where his appliance leaked refrigerant from. Because the Defect forms the basis of all his claims, this alone warrants complete dismissal.

---

[1] Whirlpool sought concurrence and confirmed that Plaintiff's counsel opposes the present motion.

Plaintiff also improperly pleads his three common law claims: he incorrectly brings his breach of implied warranty claim under Michigan law, rather than Alabama law, and he fails to specify which state's law applies to his fraudulent concealment and unjust enrichment claims. Beyond the minimum pleading requirements of Rule 8, Plaintiff's claims also fail for other reasons.

Plaintiff's fraudulent concealment claim fails under Rule 9(b). Plaintiff fails to plead Whirlpool's alleged omissions with the requisite particularity because he fails to specify the "what," "where," and "when." He also fails to plead Whirlpool's pre-sale knowledge of the Defect, relying mostly on customer reviews published after Plaintiff purchased his refrigerator. These deficiencies also undermine Plaintiff's unjust enrichment and MCPA claims, which are rooted in fraud and therefore must also satisfy Rule 9(b). Furthermore, Plaintiff's unjust enrichment claim fails because Plaintiff conferred no benefit on Whirlpool, and Whirlpool's conduct was not unconscionable.

Plaintiff also lacks standing to bring three of his claims. First, his breach of implied warranty claim is barred by the statute of limitations, and regardless, fails for lack of privity. Second, his MCPA claim is expressly barred by that statute, which prohibits class actions on behalf of persons who reside or were injured outside of Michigan. And finally, Plaintiff cannot bring claims for injunctive or declaratory relief because there is no possibility of future harm.

For these reasons, Plaintiff's Complaint should be dismissed in its entirety.

Dated:  February 1, 2024		Respectfully submitted,


		*/s/ R. Michael Azzi*
		Andrew M. Unthank
		Wheeler Trigg O'Donnell LLP
		370 Seventeenth Street, Suite 4500
		Denver, CO 80202-5647
		Telephone: 303.244.1800
		Facsimile: 303.244.1879
		Email: unthank@wtotrial.com

		R. Michael Azzi
		Warner Norcross + Judd LLP
		150 Ottawa, NW, Suite 1500
		Grand Rapids, MI 49503
		Telephone: 616.752.2000
		Email:  mazzi@wnj.com

		*Attorneys for Defendant Whirlpool Corporation*

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that, on February 1, 2024, I electronically filed the foregoing DEFENDANT WHIRLPOOL CORPORATION'S MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **David Raymond Dubin**
  david.dubin@dubinlawpllc.com

- **Christina D. Crow**
  christy.crow@jinkscrow.com

*/s/ R. Michael Azzi*